UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH REYNOLDS,<br><br>                Plaintiff,<br><br>    v.<br><br>SAFEWAY INC; and ALBERTSON'S LLC,<br><br>                Defendants. | CASE NO. 2:22-cv-00197-TL<br><br>ORDER |

This matter comes before the Court on the Parties' stipulation to set aside the entry of default in the King County Superior Court of the State of Washington. Dkt. No. 11. Having considered the Parties' stipulation and the relevant record, the Court hereby finds good cause to GRANT the stipulation and set aside the state court entry of default. *See* Fed. R. Civ. P. 55(c); *see also Pierson v. USAA*, 2021 WL 3725649, at *1–3 (W.D. Wash. Aug. 23, 2021) (finding good cause to set aside a state court entry of default that happened prior to removal to federal court). In particular, no culpable conduct by Defendants has been shown, it is too premature at this stage to find that Defendants have no meritorious defense, and the stipulation demonstrates there is no

ORDER - 1

prejudice to Parties from the setting aside of the entry of default. *See Pierson*, 2021 WL 3725649, at *2–3 (listing factors to consider).[1]

Accordingly, the Court GRANTS the stipulation and ORDERS that the entry of default against Defendants be set aside.

IT IS SO ORDERED.

Dated this 25th day of February 2022.

Tana Lin
United States District Judge

---

[1] The Court also notes the possibility that neither Defendant has been served with the operative Amended Complaint (Dkt. No. 1, at 2), filed on February 14, 2022, which suggests that the entry of default in the state court—also on February 14, 2022 (Dkt. No. 11 ¶¶2–3)—may have been improper. This further weighs in favor of granting the Parties' stipulation and setting aside the entry of default.

ORDER - 2