THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| Seth Reynolds,<br>A Safeway online delivery customer,<br>And all others similarly situated<br>throughout Washington State and<br>The United States of America,<br><br>   Plaintiffs,<br><br>  v.<br><br>Safeway, Inc., a grocery store<br>operator, and Albertson's LLC,<br>a grocery store operator,<br>and Albertsons Companies Inc.<br>a grocery store management company<br><br>   Defendants. | NO. 2:22-CV-00197-TL<br><br>ORDER GRANTING PLAINTIFFS'<br>MOTION TO AMEND COMPLAINT<br>~~(Proposed)~~ |

This Matter having properly come before this Court upon Plaintiffs' FRCP 15 Unopposed Motion to Amend Complaint, and the Court, having reviewed the Complaint, Plaintiffs' Unopposed Motion to Amend Complaint with its accompanying documents, and finding that good cause exist to grant the motion, hereby ORDERS:

  1. That Plaintiffs' motion is GRANTED.

2. That Plaintiffs file a clean line version of the proposed amended Complaint **within 14 days** of this order.

Dated this 3rd day of March, 2022.

_____
Tana Lin
United States District Judge