THE HONORABLE TANA LIN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SETH REYNOLDS,

               Plaintiff,

     v.

SAFEWAY, INC., ALBERTSON'S LLC,
and ALBERTSON'S COMPANIES, INC.,

               Defendants.

No. 2:22-cv-00197-TL

**DECLARATION OF SAMARPIT MHATRE IN SUPPORT OF MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, TO DISMISS FOR FAILURE TO STATE A CLAIM OR TO STRIKE CLASS ALLEGATIONS**

I, Samarpit Mhatre, declare as follows:

1.     I am Director, Digital Product Management, with Albertsons Companies, Inc. ("ACI"), parent company of Albertson's LLC ("Albertson's") and Safeway, Inc. ("Safeway"). I am over the age of 18 and competent to testify to matters in this Declaration. I make this Declaration based on my personal knowledge and my review of ACI's and Safeway's records and files stored in the ordinary course of business.

2.     Customers can purchase groceries from Safeway online at safeway.com.

3.     Online grocery orders are fulfilled from local Safeway stores where employees pick the ordered items from store shelves and ring up and bag the items.

4.     Customers can pick up their online orders at a physical store or have their orders delivered.

5.     I have personally reviewed and am familiar with the process for a customer to

SAMARPIT MHATRE DECL. ISO
MOTION TO COMPEL OR DISMISS – 1
(No. 2:22-cv-00197-TL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

make online purchases from Safeway at safeway.com.

6. All customers must complete the online checkout process to purchase groceries via Safeway's online ordering service.

7. Contractual terms of use (the "Terms of Use") apply to the online ordering service.

8. Attached to this Declaration as **Exhibit A** is a true and correct copy of the Terms of Use, which were applicable on the date of Plaintiff Seth Reynolds's purchase.

9. The Safeway online checkout process requires a customer to enter their name, delivery address, email address, contact phone number, and payment details.

10. Until a customer enters that information, the "Place Order" button on the checkout page remains grayed out and unavailable to select.

11. After entering that information, a customer can complete the ordering process by selecting the "Place Order" button that turned red after entry of the required information.

12. Attached to this Declaration as **Exhibit B** is a true and correct copy of screenshots showing the Safeway online checkout process, which was the process in place when Mr. Reynolds placed his order.

13. To order groceries online, a customer must agree to the Terms of Use by selecting the "Place Order" button.

14. The phrase "Terms of Use" in the online checkout process is hyperlinked so that customers can click on it and review the Terms of Use before deciding to place their order.

15. If a customer selects the hyperlink, the Terms of Use are immediately displayed in full.

16. A customer cannot order groceries online without agreeing to the Terms of Use.

17. A customer can reject the Terms of Use, including the arbitration provision, by not placing an order online and instead purchasing groceries in person.

18. Safeway's Online Pricing Policies apply to all online orders made on

SAMARPIT MHATRE Decl. ISO
MOTION TO COMPEL OR DISMISS – 2
(No. 2:22-cv-00197-TL)

safeway.com.

19.     Attached to this Declaration as **Exhibit C** is a true and correct copy of the Safeway Online Pricing Policies, which were in effect when Mr. Reynolds placed his online order on January 4, 2022.

20.     The Online Pricing Policies are disclosed to customers during the online checkout process before customers make a purchase.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 31st day of March, 2022.

DocuSigned by:

_Samarpit Mhatre_

s/ ———— 2FB388963209401...

SAMARPIT MHATRE

SAMARPIT MHATRE Decl. ISO
MOTION TO COMPEL OR DISMISS – 3
(No. 2:22-cv-00197-TL)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000