Exhibit A

Exhibit A

‹ Policies & Disclosures        Terms Of Use

# Terms of Use

Last Updated: December 22, 2021

Welcome to the Albertsons family of grocery banner store websites and mobile applications. Albertsons Companies, Inc. directly and through one or more of its affiliates/subsidiaries (collectively, "Company", "we" and "us") operates stores across the United States under well-known "banners," including without limitation ACME, Albertsons, Balducci's, Jewel-Osco, Kings Food Markets, Pavilions, Randalls, Safeway, Shaw's, Star Market, Tom Thumb, and Vons.

These Terms of Use (collectively, "Terms") apply to all Company banners' websites, online ordering services and mobile applications linking to or posting these Terms. Each such banner website, online ordering service and mobile application is referred to in these Terms individually as a "Site" and collectively as "Sites". Additional terms and conditions applicable to specific components of certain Sites may also be posted to such Sites, such as the terms governing our prescription management services, which are incorporated herein by reference. In such cases those additional terms and conditions, together with these Terms, govern your engagement with those components of such Sites.

PLEASE NOTE:  As Company's King's Food Markets and Balducci's banners currently do not offer online ordering services (except for Catering Order Service as defined in Part Two of these Terms), mobile applications, or digital offers, Part One of these Terms in their entirety and only certain portions of Part Two pertaining to those who order Special Order Items (such as deli platters, custom cakes and bakery items, or holiday meals) through King's and Balducci's Catering Order Service apply to these banners' websites.  Furthermore,  (i) as Company's King's Food Markets and Balducci's banner websites do not provide promotions, deals, coupons, and/or specials and product/pricing information, certain sections of these Terms do not apply to these banners; and (ii) certain Company Loyalty Programs may not be fully implemented for Company's King's and Balducci's banners, as such, please refer to the applicable terms pertaining to Company Loyalty Programs posted on King's and Balducci's websites.

These Terms appear as two parts:

- Part One applies to all visitors to or users of any of our Sites.
- Part Two applies only to visitors who use one of the following online ordering services: (i) the "Catering Order Service" used to order deli platters, custom cakes and bakery items or holiday meals for in-store pickup, which are referred to as "Special Order Items" in these Terms; and (ii) the "Online Grocery Ordering Service" used to order groceries or other items for delivery from or pickup at one of our stores. **Note**: Third party companies may also provide services such as selection and/or delivery of goods from our facilities. These Terms do not apply to orders fulfilled by a third party or placed through a third party's site or app. If you opt to use such a third party service, you will be subject to the terms and policies posted by that service provider and we are not responsible for the terms, policies, actions and inactions of that third party service provider. As described further in Part Two, we may also transfer orders placed with us to a third party delivery operator. If we transfer your order to a third party for delivery, your order will be subject to the terms, policies, actions, or inactions of such third party upon transfer.

Any visitor to our Sites whose access or use is covered by Part One and/or Part Two of these Terms is referred to as "you" in these Terms. If you are accessing or using any of our Sites on behalf of any person or entity, you represent and warrant that you are authorized to accept these Terms on behalf of such person or entity and all references to "you" in that context shall mean the person or entity on whose behalf you are accessing and/or using our Sites.

When you first register for an account ("Account") on one of the Sites, your Account enrolls you to our "banner for U™" loyalty program ("for U™ Program") and such program carries the name of each respective grocery banner store within Albertsons Companies with which you register your Account – e.g. when you register your Account on Safeway, the for U™ Program will be "Safeway for U™"; similarly, the name of the for U™ Program under other banner stores' will be "Albertsons for U™", "Jewel-Osco for U™", etc.

These Terms apply exclusively to your access to and/or use of any of our Sites, and do not alter in any way the terms or conditions of any other agreement you may have with us.  Examples of other agreements that you may have with us are the terms and conditions of (i) our programs that provide an advertised discount on products to those who provide a loyalty card or registered telephone number (for example the Safeway Club Card, the Randalls Remarkable Card, which we will call " Loyalty Card Programs"); (ii) the individualized for U™ Program; (iii) other rewards programs where rewards are available to customers based on their purchase behavior for eligible items (e.g., gas and grocery rewards, branded pre-paid credit cards or airline miles programs); (iv) gift cards; or (v) other non-merchandise purchases (e.g., money orders, lottery, stamps, etc.). In these Terms, references to "Company Loyalty Programs" means Loyalty Card Programs and for U™ Program.

Please read these Terms carefully. When you first register for an Account on one of the Sites or our Online Grocery Ordering Service, you will be prompted to "click" on a button on the applicable Site to agree to the most recently updated version of these Terms.  By doing so, you indicate that you have read, understand, and agree to these Terms.  In all other circumstances, by accessing and/or using any of our Sites, and by continuing to access and/or use any of our Sites, you agree to be bound by these Terms.  As we may update these Terms from time to time, we strongly encourage you to review these Terms to further understand then-current terms and conditions applicable to your access and use of the Sites.  Your continued access and/or use of our Sites acknowledges your acceptance of the updated Terms.  If you do not agree to these Terms or updated Terms, please do not access or use the Sites.

**Please note that any dispute or claim related to these Terms or arising out of your access to and/or use of any of our Sites must be resolved by arbitration on an individual basis, and may not be arbitrated or otherwise pursued as a class action. Please refer to Section 24 in Part One below.**

---

Table of Contents for Part One

Part One -- Terms Applicable to All Visitors and Users of the Sites

1. We May Modify These Terms

2. We May Change What We Offer; Products Are Not Always Available

3. We Grant You a License to Use Our Content, but Only for Informational and Non-Commercial Purposes

4. Our Content Is Provided as a Convenience and May Change or Have Errors

5. We Do Not Allow Framing and Limit Hyperlinks

6. We Can Use or Disclose Your Feedback

7. Requirements When You Establish An Account

8. You Are Responsible for Use of Your Account

9. We May Terminate Your Account

10. Special Terms for Mobile Application Users

11. Special Terms for Payment via App

12. Special Terms for Apple Users

13. Geo-Location Terms

14. Sites Are Protected by Copyright Laws

15. Sites Are Protected by Trademark Laws

16. You May Not Impair the Security of the Sites

17. We Have Monitoring and Enforcement Rights

18. Prohibitions on Your Use of the Sites

19. Third Party Software

20. We Disclaim These Warranties

21. Our Liability is Limited

22. You Indemnify Us

23. Delaware Law Applies

24. You Agree to Arbitrate Disputes and Will Not Be Part of a Class Action Against Us

25. You Consent to Receive Certain Electronic Communications from Us; Telephone and Text Messaging Opt-In

26. Presumption that Communications to Us Through Your Account Are Authorized by You

27. Written Notice

28. We May Terminate Your Access

29. No Waiver

30. Severability

31. Privacy Policy

32. Notice and Procedure for Making Claims of Copyright Infringement

33. Our Rights to Modify Sites and Correct Errors, Deficiencies, Inaccuracies and Omissions

34. Entire Agreement

35. Questions or Requests for Information

---

Part One -- Terms Applicable to All Visitors and Users of the Sites

## 1. We May Modify These Terms.

We reserve the right to modify these Terms at any time without notice to you. The date of the most recent version of these Terms is noted at the top of the Terms. Any modification will be effective upon posting of the updated Terms, and your access to and/or use of any of the Sites thereafter will constitute your acceptance of such modified Terms. Please note the date these Terms were last modified and review these Terms on a regular basis.

Table of Contents

## 2. We May Change What We Offer; Products Are Not Always Available.

We may change or terminate any of the services, programs, promotions, and/or other offers, deals, coupons, and/or specials (collectively, "Offerings") described or offered through any of the Sites at any time without notice to you. Not all products are available at all of our facilities or at all times. Some or all of the Offerings or products may not be available in your location (or your delivery or preferred pickup location). References to any Offerings or products on the Sites that may be available in one location do not warrant or imply that Company offers or intends to offer them in any other location. In addition, from time to time we may work with a third party to provide an Offering; please note that some or all of the pertinent information about such Offering may also be found at such third party's website and/or in our applicable physical stores, and we encourage you to review all such information before participating in any such Offerings. Company controls and operates the Sites from the United States and makes no representation that the Sites are appropriate or available for access and/or use in any other country.

Table of Contents

## 3. We Grant You a License to Use Our Content, but Only for Informational and Non-Commercial Purposes.

All information, data, materials, text, graphics, images, and other content available on the Sites, including Third Party Content, Medical Content and Nutritional Content (as such terms are defined below) (collectively, "Content") are provided for informational purposes and personal uses only (unless we agree in writing). We grant you a personal, non-exclusive, non-transferable, non-assignable, non-sublicensable, limited license to access and/or use the Content on the Sites, and to download, print and store portions of the Content that you select, provided that

you: (i) access and/or use those portions of the Content solely for your own personal, non-commercial use (unless we provide prior written authorization); (ii) do not copy or post the Content on any network computer, or transmit, distribute, publish, display, make available or broadcast the Content in any media or platform; and (iii) do not modify or alter the Content in any way or delete or change any copyright or trademark notice. No right, title or interest in and to any Content is transferred to you as a result of this limited license..

[Table of Contents](#)

## 4. Our Content Is Provided as a Convenience and May Change or Have Errors.

Your use of any Content from the Sites is entirely at your own risk, for which Company will not be liable. We do not guarantee the correctness, availability, usefulness, reliability, validity, accuracy, completeness, timeliness, correct sequencing, or suitability of the Content on the Sites, and Company shall not be liable for any errors or deficiencies in any Content on the Sites, or for any action or inaction taken by you in reliance thereon; unless and to the extent resulting from Company's grossly negligent, reckless or intentional acts. In particular, you should note the following:

(a) **Third Party Content.** Certain content from third parties ("Third Party Content") may be made available as part of the Sites or through links on the Sites, and such Third Party Content may be subject to its own additional license terms and policies. You should refer to the terms and policies posted on third party websites prior to using any such site. Company does not endorse, oppose or edit any opinion, claim, or analysis expressed by any third party. You agree that Company is not responsible for the substance or accessibility of any Third Party Content accessible through the Sites and understand that you bear all risks associated with your access to and/or use of such content.

(b) **Product Information and Pricing Changes and Errors Occur.** While we endeavor to provide accurate product information, you should know that product information accessed through the Sites is obtained from claims made by product manufacturers; on occasion manufacturers may alter their labels or ingredient lists; and actual product packaging and materials may contain more and/or different information than that shown on the Sites. Accordingly, you should not rely solely on the product information presented on the Sites, but should always read carefully the labels, warnings, and directions before using or consuming a product and contact directly the product manufacturer for any questions. None of the entities associated with Company nor its Content provider(s) nor product manufacturers assume any liability for inaccuracies, misstatements, or omissions related to any product information listed on the Sites. In addition, even though we make an effort to describe and display our products and services accurately on the Sites, products on the Site may be mispriced, described inaccurately, or unavailable and we may experience delay in updating information on the Sites and in our advertising on the Sites.

(c) **Medical Content.** All drug and interaction information; health or wellness information; and any other content available in any pharmacy, nutrition, health, or wellness area of the Sites ("Medical Content") is provided for informational and educational purposes only and is intended as informational and not a substitute for, the diagnosis, treatment and advice of a qualified health-care provider. You should not rely solely on the Medical Content nor use it as a self-diagnosis or for treating a health problem or disease. Company does not represent or guarantee that any of the Medical Content is accurate, complete, correct, useful, valid, timely, reliable, suitable, or correctly sequenced. The Medical Content does not cover all possible uses, precautions, side effects and interactions of any prescription or over-the-counter drug and should not be construed to indicate that any such drug is safe for you. Consult your qualified health-care provider for guidance before using any prescription or over-the-counter drug, and regarding the applicability of any opinion, research result, or recommendation with respect to any symptom or medical condition. Always seek the advice of your qualified health-care provider with any questions you may have regarding a medical condition or change in health. Never disregard or delay in seeking professional medical advice because of something you have read on any of the Sites. Contact your qualified health-care provider immediately if you suspect that you have a medical problem. Company does not recommend or endorse any specific tests, products, procedures, methods, opinions or other information that may be mentioned on or included in the Sites. Any information and statements regarding dietary supplements have not been evaluated by the Food and Drug Administration and are not intended to diagnose, treat, cure, or prevent any disease or health condition.

(d) **Nutritional Content.** Any nutritional information about recipes provided on the Sites ("Nutritional Content") is based on the ingredients and cooking techniques as listed in the applicable recipe and does not include optional ingredients or garnishes. All stated nutritional values are composite averages and may vary according to freshness, variety, differences in preparation or brands of ingredients. Altering cooking methods or substituting any ingredients may change the posted nutritional information significantly. Company does not warrant the quality, completeness, or accuracy of recipes contained on the Sites or the results of preparing the recipes. Also, the Sites may provide information about food handling and preparation methods. Such information is not intended to be comprehensive and should not be substituted for information available from applicable governmental sources. Please be advised consuming raw or undercooked meat, poultry, seafood, shellfish or eggs may increase your risk of food borne illnesses, especially if you have certain medical conditions.

Table of Contents

## 5. We Do Not Allow Framing and Limit Hyperlinks.

If you post content online by maintaining a website, by blogging, or through any other means, you may include within that content a hyperlink to the home page or sign-in page of any of the Sites. All other linking to any of our Sites is strictly prohibited without prior written authorization from us. We accept no responsibility or liability for the quality, content, timeliness, accuracy, nature, or reliability of any content that you or others post online, even if it contains a hyperlink to one of our Sites. The inclusion of a hyperlink to any of our Sites within such content does not imply endorsement or approval by Company of that content. You may not frame or use framing techniques to enclose any Company trademark, logo or other proprietary materials, including the images posted on any of the Sites, any text or design of any Site, or any form contained on a Site, without our prior written consent.

Table of Contents

## 6. We Can Use or Disclose Your Feedback.

Subject only to the provisions of our **Privacy Policy**, any comments or materials that you submit to Company, including, without limitation, any questions, comments, suggestions, or other feedback regarding Company, its products and services, or any of the information on the Sites, ("Feedback") will be considered to be non-confidential and non-proprietary. Company shall be free to use and disclose, with no compensation to you, any ideas, concepts, know-how, techniques, methods or methodologies contained in any such Feedback for any purpose whatsoever, including but not limited to developing, manufacturing, and marketing products and/or services incorporating such Feedback.

Table of Contents

## 7. Requirements When You Establish An Account.

You may be permitted or required to create an Account through one of our Sites or Company Apps to use services we offer. Your use of the Account may also be covered by other terms, such as the terms governing our prescription management services, which are incorporated herein by reference, or the terms governing the Online Grocery Ordering Service set out in Part Two. You agree to such additional terms, and, unless otherwise provided in those separate terms, you agree to use and access your Account solely for lawful purposes consistent with the service(s) offered through the Account. When you create an Account, you must provide us with certain information about you and create a password. You agree to provide us with accurate and complete information requested in the registration process, and to inform us of any updates to such information on an ongoing basis to keep it accurate and complete. You agree that you will not impersonate any other person, set up multiple Accounts, or use your Account(s) in any way that circumvents limits on offers, discounts, promotions or coupons, and that we may terminate any Account we believe has engaged in such activities. You agree to keep your password confidential and not share it with anybody else.

Table of Contents

## 8. You Are Responsible for Use of Your Account.

You are solely responsible for any authorized or unauthorized access to and/or use of your Account by any person, and for all charges incurred through your Account. You agree to notify Company promptly (at the contact information set forth in Section 27 of Part One) regarding any unauthorized access to and/or use of your

Account. You further agree that you will remain liable for any charges incurred through your Account until you so notify Company.

Table of Contents

## 9. We May Terminate Your Account.

We reserve the right to suspend or terminate your Account at any time, with or without notice to you. You may terminate your Account at any time by notifying Company in accordance with Section 27 of Part One. Company reserves the right to collect and you shall be liable for payment of any fees and charges incurred before your Account is terminated.

Table of Contents

## 10. Special Terms for Mobile Application Users.

With respect to each mobile application made available by Company for downloading (each an "App" or "Company App"), by taking the required steps to download the App or create an Account on the App, you are expressly agreeing that you have read, understand and agree to be bound by these Terms and any updates or amendments to these Terms. Check these Terms in the App or online periodically to access our most current Terms. To use the App you must have a mobile device that is compatible with the mobile service. Company does not warrant that the App will be compatible with your mobile device. In addition, the App requires the Internet to function properly. Company is not responsible for the availability or quality of Internet service during your use of the App. With respect to each instance in which you download a Company App, Company hereby grants to you a non-exclusive, non-transferable, non-assignable, revocable license to use an object code copy of the App for one registered Account owned or leased solely by you, for your personal use. You may not: (i) modify, disassemble, decompile, reverse engineer or create derivative works of the App, except to the extent that the law expressly prohibits such a limitation on you; (ii) rent, lease, loan, resell, sublicense, distribute or otherwise transfer the App to any third party or use the App to provide time sharing or similar services for any third party; (iii) copy, reproduce, republish, upload, post, transmit or distribute the App in any way, unless specifically allowed in these Terms; (iv) remove, circumvent, disable, damage or otherwise interfere with security-related features of the App, features that prevent or restrict use or copying of any content accessible through the App, or features that enforce limitations on use of the App; (v) delete the copyright, trademark and other proprietary rights notices on the App; or (vi) create another app to sniff, phish, scrape, or otherwise monitor Company Apps unless allowed by the platform for all apps on the Android and iOS platforms. You acknowledge that Company, from time to time, issues upgraded versions of the App, and may, depending on your device settings, automatically electronically upgrade the version of the App that you are using on your mobile device. You consent to such automatic upgrading on your mobile device and agree that the terms and conditions of these Terms, as may be revised from time to time, will apply to all such upgrades. You further understand and agree that, if the App on your mobile device is not upgraded, either automatically or manually by you, following the release of an upgraded version of the App, you may be unable to access, utilize or otherwise take full advantage of features, functionality, patches, offers, discounts or rewards enabled by the upgraded version of the App. Similarly, you acknowledge and agree that some updates may not support older model devices resulting in the App no longer working on your device. Company shall have no liability to you with respect to your continued use of the App if not upgraded upon release of a new version or your inability to use the App following such an upgrade. The foregoing license grant is not a sale of the App or any copy thereof, and Company and its third party licensors or suppliers retain all rights, title, and interest in and to the App (and any copy of the App). Standard carrier data charges may apply to your use of the App. Your use of any Company App may also be governed by the terms and policies of your mobile network provider, the app store from which you download the App, your device manufacturer or operating system/software provider, and credit card or third party payment provider. Use of a Company App may transmit data concerning your use of the App to Company or to third parties such as your payment provider. This information may include geolocation data (where you are and where Company retail stores are located) or payment data. Refer to Company **Privacy Policy** and the Geo-Location Terms section of these Terms for more information..

Table of Contents

## 11. Special Terms for Payment via App.

Company Apps may now or in the future enable wireless payment through the App for purchases made at Company's physical locations, such as at Company's stores and fuel stations. You must be at least 18 years of age to use this service. By opting in to this service, you understand and agree that the App will utilize the wireless capability of the mobile device(s) on which you have installed the App to communicate automatically with a Company point of purchase payment device, such as a cash register, whenever your mobile device is in proximity to Company's payment device. Upon downloading the App or at opt-in to use of the payment function, you will be given the opportunity to link a credit card or other payment method to your Account. By electing to store your card details on the Sites, you consent to and authorize storage of your card data (Name, Credit Card number, Expiration Date) for purposes of future online transactions, all transactions made via the Sites and the Company charging your selected payment method in the amount of each such transaction. You are responsible for all use of the Company App via your mobile device, including unauthorized transactions. If your mobile device is lost or stolen, notify your credit card company or other payment provider immediately. If you believe there is an error in your billing or unauthorized access to your Account, please contact customer service at: Customer Service Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093 or (877) 505-4040.

[Table of Contents](#)

## 12. Special Terms for Apple Users.

Users of Company Apps acknowledge that they have reviewed and agree to the terms of the online app marketplace from which they have downloaded the App. The following additional terms and conditions apply with respect to any App that Company provides to you designed for use on an Apple iOS-powered mobile device (an "iOS App"):

(a) You acknowledge that these Terms are between you and Company only, and not with Apple, Inc. ("Apple").

(b) Your use of the Company's iOS App must comply with Apple's then-current App Store Terms of Service.

(c) Company, and not Apple, is solely responsible for our iOS App and the services and Content available thereon. You acknowledge that Apple has no obligation to provide maintenance and support services with respect to our iOS App. To the maximum extent permitted by applicable law, Apple will have no warranty obligation whatsoever with respect to our iOS App.

(d) You agree that Company, and not Apple, is responsible for addressing any claims by you or any third party relating to our iOS App or your possession and/or use of our iOS App, including, but not limited to: (i) product liability claims pertaining to our iOS App; (ii) any claim that our iOS App fails to conform to any applicable legal or regulatory requirement; and (iii) claims arising under consumer protection or similar legislation, and all such claims are governed solely by these Terms and any law applicable to us as provider of our iOS App.

(e) You agree that Company, and not Apple, shall be responsible, to the extent required by these Terms, for the investigation, defense, settlement and discharge of any third party intellectual property infringement claim related to our iOS App or your possession and use of our iOS App.

(f) You represent and warrant that (i) you are not located in a country that is subject to a U.S. Government embargo, or that has been designated by the U.S. Government as a "terrorist supporting" country; and (ii) you are not listed on any U.S. Government list of prohibited or restricted parties.

(g) You agree to comply with all applicable third party terms of agreement when using our iOS App (e.g., you must not be in violation of your wireless data service terms of agreement when using our iOS App).

(h) You and Company agree that Apple and Apple's subsidiaries are third party beneficiaries to these Terms as they relate to your license of our iOS App. Upon your acceptance of these Terms, Apple will have the right (and will be deemed to have accepted the right) to enforce these Terms against you as they relate to your license of our iOS App as a third party beneficiary thereof.

[Table of Contents](#)

## 13. Geo-Location Terms.

The services we provide may use your location to enable certain features of the services. For Company mobile Apps, you can disable this feature in your device's settings. In addition, you can use browser settings, such as private browsing, to control use of your location data when accessing one of our Sites on the Internet. The services may include and make use of certain functionality and services provided by third parties that allow the services to include maps, geocoding, places and other Content from those third parties as part of the services (the "Geo-Location Services"). Your use of the Geo-Location Services may be subject to such third parties' terms of use.

Table of Contents

### 14. Sites Are Protected by Copyright Laws.

The Sites, and all Content available on the Sites, are protected by copyright laws. Unless specified otherwise on the Sites, no portion of the Sites may be copied, displayed, performed, republished, transmitted, or distributed in any way or form, nor may any derivative work of any Site be created, without Company's prior written consent. Any such use of any Content for any purpose not authorized under these Terms is a violation of the copyrights of Company (or other entities). Permission for all uses of the Sites other than as expressly authorized under these Terms must be obtained from Company or the appropriate owner thereof in advance and in writing. The use of the Sites or any Content available thereon on any other website or networked computer environment is prohibited. Your access to or use of the Sites does not grant you any rights, either intentionally or by implication, to any program, tool, or application.

Table of Contents

### 15. Sites Are Protected by Trademark Laws.

All trademarks, service marks, logos, trade names and trade dresses in or on the Sites, whether registered or unregistered, are proprietary to Company (or to other entities). You may not use, reproduce, or otherwise display any such trademarks, service marks, logos, trade names or trade dresses without the prior written consent of Company or the appropriate owner thereof. All design rights, compilation rights, and similar intellectual property rights in and to the Sites, in each case whether registered or unregistered, and related goodwill, are owned exclusively by and are proprietary to Company or other entities.

Table of Contents

### 16. You May Not Impair the Security of the Sites.

You are prohibited from violating, or attempting to violate, the security of the Sites; rendering the Sites inaccessible to others; imposing an abnormal or unreasonable burden on the hardware and software infrastructure for the Sites; or otherwise compromising or causing or attempting to cause damage to the Sites. Any such violation may result in criminal and/or civil penalties against you. Company will investigate any alleged or suspected violations and if a criminal violation is suspected, we will cooperate with law enforcement agencies in their investigations.

Table of Contents

### 17. We Have Monitoring and Enforcement Rights.

Company has the right, but not the obligation, to monitor any activity on the Sites or your access to and use of Content associated with any interactive area on the Sites. Company may access at any time and use internally for any lawful purpose information stored in our systems, subject (as applicable) to the provisions of our **Privacy Policy.** We may investigate any violation or attempted violation of our policies, or complaints and take any action we deem appropriate, including without limitation, issuing a warning, or suspending or terminating your access to and use of the Sites, at any time without prior notification to you.

Table of Contents

### 18. Prohibitions on Your Use of the Sites.

As a condition of your access to the Sites, you must not:

(a) access the Sites through any means other than the visual user interfaces authorized by Company or through our authorized accessibility alternatives or permitted voice activated systems;

(b) use the Sites for any commercial purpose without Company's prior written approval in each instance, except you may use the Online Grocery Ordering Service for ordering Products (defined in Part Two below) and the Catering Order Service for ordering Special Order Items from Company for pick up or delivery to your business, however ordering for resale is not permitted;

(c) access the Sites with any data extraction, scraping, mining, or other data gathering tools; create a database by systematically downloading or storing any Content from the Sites (such as a list of our physical store locations); or otherwise scrape, collect, store, or use any Content from the Sites, including without limitation any product listings, descriptions, prices, or images, except in all cases as expressly authorized under these Terms or permitted separately under a fully executed written agreement between you and Company (except publicly accessible search engines may use spiders to copy materials from the Sites for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the Content on the Sites, excluding indices which enable the purchase of products except from Company directly);

(d) use or launch any automated system, including without limitation, "robots," "spiders," "crawlers," "extensions," "add-ons," "plug-ins," "apps," or "offline readers" (other than screen readers and similar devices designed to assist visually impaired persons to access the Sites or with our prior written authorization);

(e) mirror or frame the homepage or any other pages of the Sites on any other website or web page without Company's prior written approval in each instance;

(f) send or otherwise transmit to or through the Sites any material that is, or may reasonably be considered to be, unlawful, infringing, harmful, harassing, offensive, threatening, vulgar or otherwise objectionable;

(g) cause or permit any reverse engineering, decompilation, modification, translation or disassembly of, or attempt to derive any source code of, any program, tool, or application underlying any of the Sites (except for any Site that is a mobile application, and then only to the extent required by local law to obtain interoperability with independently created computer programs or as required by other compulsory local law);

(h) access and/or use the Sites in violation of any applicable federal, state or local laws, rules or regulations, or encourage conduct that may do so; and/or

(i) assist or permit any person engaging in any of the prohibited activities described above.

Table of Contents

## 19. Third Party Software.

The Sites may contain third party content, programs, tools, SDKs, and/or applications subject to their own license terms ("Third Party Software"). Any Third Party Software accompanying any of our mobile applications is provided to you under the terms of the license agreement or copyright notice accompanying such Third Party Software or in the open source licenses file accompanying the mobile application. For a list of any Third Party Software currently in use Visit **Disclosures list for Third Party Software and Open Source**.

Table of Contents

## 20. We Disclaim These Warranties.

Important: The Sites, and all Content available on the Sites, are provided on an "as is" and "as available" basis, without warranties, representations or endorsements of any kind. To the fullest extent permitted under applicable law, Company disclaims all warranties of any kind, express, implied, statutory or otherwise (including, but not limited to, implied warranties of merchantability, fitness for a particular purpose, title and non-infringement, any warranty for information, data, data processing services or uninterrupted access or use). Company does not warrant that the Sites will be uninterrupted, secure, or error-free, that defects will be corrected, or that the Sites will be free of viruses or other harmful components. Company does not make any representations or warranties regarding the access or use of, or the results of the use of, the Content on the Sites (including all descriptions, images, references, features, specifications, information, data, products, and prices/availability of products described or depicted on the Sites or services offered through the Sites) in terms of its availability, usefulness,

completeness, correctness, accuracy, reliability, validity, suitability, timeliness, **correct sequencing, or otherwise.** Applicable law may not allow the exclusion of implied warranties, so some or all of these disclaimers may not apply to you.

Table of Contents

## 21. Our Liability is Limited.

**Important: To the fullest extent permitted under applicable law, under no circumstances (other than injury to the person in the case of consumer goods) shall Company be liable for any consequential, incidental, special, punitive, exemplary, or indirect damages, or any lost profits or lost revenues, resulting from, based on, or arising out of (i) your access or use of, or inability to access or use, the Sites and/or the Content; (ii) any transaction conducted through or facilitated by the Sites; (iii) any claim attributable to errors, omissions, deficiencies, or other inaccuracies in the Sites; (iv) any unauthorized access to, or use, disclosure or alteration of, your transmissions of data including, without limitation, your personal information or payment card information; (v) statements or conduct of any third party on the Sites; or (vi) any other matter related to the Sites, even if Company or a Company representative has been advised of the possibility of such damages. Notwithstanding the foregoing, Company's total liability to you (excluding any liability for injury to the person in the case of consumer goods), whether under contract, warranty, tort (including but not limited to negligent, but excluding grossly negligent, reckless and intentional, acts of the Company), product liability, strict liability or any other theory, arising from these Terms or your access to and/or use of the Sites for any reason whatsoever shall be limited in the aggregate to the total of all payments you have made to Company (if any) during the three-month period preceding the date of such claim. If you are dissatisfied with any of the Sites, any Content, or any services provided through any of the Sites, your sole and exclusive remedy is to discontinue using the Sites.** Applicable law may not allow some or all of this exclusion or limitation of liability for damages, so some of these exclusions or limitations may not apply to you. The foregoing provision is enforceable in the State of New Jersey.

Table of Contents

## 22. You Indemnify Us.

You agree to defend, indemnify, and hold harmless Company, and its affiliates and subsidiaries and all of its/their respective officers, directors, employees, owners, agents, information providers, licensors and licensees, from and against any and all liabilities, losses, damages, expenses, and costs (including reasonable attorney fees) incurred in connection with any third party claim, complaint, suit or cause of action arising from your conduct in connection with accessing and/or using any of the Sites or your breach of these Terms. This provision does not apply to acts of Company. You shall cooperate with Company in the defense of any such claim. Company reserves the right, at its own expense, to assume the exclusive defense and control of any matter otherwise subject to indemnification by you hereunder. Some jurisdictions limit consumer indemnities, so some portions or all of this indemnity provision may not apply to you. The foregoing provision is enforceable in the State of New Jersey.

Table of Contents

## 23. Delaware Law Applies.

These Terms, and any matter related to or arising from your access to or use of any of the Sites, shall be governed by and construed in accordance with the laws of the state of Delaware, without resort to its conflict of law principles.

Table of Contents

## 24. You Agree to Arbitrate Disputes and Will Not Be Part of a Class Action Against Us.

(a) Except for cases involving claims for public injunctive relief (as defined by law), you and Company agree that all controversies, claims, counterclaims, or other disputes arising between you and Company relating to these Terms or arising out of your access to or use of any of the Sites (each a "Claim") will be resolved through binding and final arbitration instead of through court proceedings. **This agreement to arbitrate means that each of you and Company waive your/its respective rights to a jury trial**. Any and all Claims shall be submitted for binding arbitration in accordance with the JAMS Streamlined Arbitration Rules & Procedures that are in effect at the time arbitration is initiated ("JAMS Rules"). You may, in arbitration, seek any and all remedies otherwise available to you under applicable federal, state or local laws, except as provided below in subsection (f)

of this Section 24. If you decide to initiate arbitration, you agree to pay an arbitration initiation fee of $250 (unless the fee is waived as discussed in subsection (b)(4) of this Section 24), and Company will pay the remainder of the arbitration initiation fee and all other costs of the arbitration proceeding, including the arbitrator's fees. The arbitration will be held at a location in your hometown area unless you and Company both agree to another location or telephonic arbitration.

(b) For information on filing your Demand for Arbitration, you may contact JAMS toll free at (800) 352-5267. To start an arbitration hereunder, you must do all of the following:

(1) Write a demand for arbitration (your "Demand for Arbitration"). Your Demand for Arbitration must include a description of the Claim and the amount of damages sought to be recovered, and you must attach a copy of all of these Terms (including this arbitration provision). You can find a form of a demand for arbitration on the JAMS rules page at http://www.jamsadr.com/rules-download/ .

(2) Send one copy of your Demand for Arbitration to Company at: Albertsons Companies, Inc., 250 E. Parkcenter Blvd., Boise, ID 83706 Attn: General Counsel.

(3) Send two copies of your Demand for Arbitration (with a copy of these Terms attached) and proof of service of your Demand for Arbitration on Company at the address noted in subsection (2) above (for example, a copy of a certified mail return receipt requested or a sworn statement of service by a non-party over 18 years of age) to the JAMS Resolution Center of your choice (JAMS Resolution Centers are listed at http://www.jamsadr.com/locations/).

(4) Pay JAMS a $250.00 arbitration initiation fee, unless you are entitled to a waiver of the fee under California Code of Civil Procedure Section 1284.3 or other applicable law.

(c) In the event Company elects to start an arbitration with you hereunder, Company must write a demand for arbitration and send two copies of it to JAMS and serve one copy of Company's Demand for Arbitration to you at the contact information that we have on file for you. Company will pay all costs of the arbitration proceeding, including the arbitrator's fees, for any arbitration that Company commences.

(d) The arbitration will be heard and determined by a single, neutral arbitrator selected in accordance with JAMS Rules. The arbitrator shall render an award in accordance with JAMS Rules. In the arbitration proceeding, the arbitrator has no authority to make errors of law, and any award may be challenged if the arbitrator does so. Any award may also be challenged if the arbitrator awards any relief that could not be awarded under the laws of the state in which the arbitration is held or in which the award is to be enforced. Except for the foregoing, the arbitrator's decision in any such arbitration will be final and binding upon the parties and may be enforced in any federal or state court that has jurisdiction. You and Company agree that the arbitration shall be kept confidential and that the existence of the proceeding and any element of it (including, without limitation, any pleadings, briefs or other documents submitted or exchanged and any testimony or other oral submissions and awards) will not be disclosed beyond the arbitration proceedings, except as may lawfully be required in judicial proceedings relating to the arbitration or by applicable disclosure rules and regulations of securities regulatory authorities or other governmental agencies.

(e) The terms of this Section 24 do not preclude you or Company from seeking action by federal, state, or local government agencies. You and Company also have the right to bring qualifying claims in small claims court. In addition, you and Company retain the right to apply to any court of competent jurisdiction for public injunctive relief and/or provisional relief, including pre-arbitral attachments or preliminary injunctions, and any such request shall not be deemed incompatible with these Terms, nor a waiver of the right to have disputes submitted to arbitration as provided in these Terms.

(f) Neither you nor Company may act as a class representative, nor participate as a member of a class of claimants, with respect to any Claim. Claims may not be arbitrated on a class or representative basis. The arbitrator can decide only your and/or Company's individual Claims. The arbitrator may not consolidate or join the claims of other persons or parties who may be similarly situated. Accordingly, you and Company agree that the JAMS Class Action Procedures do not apply to Company's arbitration. This arbitration provision and the procedures applicable to the arbitration contemplated by this provision are governed by the Federal Arbitration Act, notwithstanding any state law that may be applicable.

(g) A court may sever any portion of this Section 24 that it finds to be unenforceable, except for the prohibitions on any Claim being handled on a class or representative basis. No waiver of any provision of this Section 24 will be effective or enforceable unless recorded in a writing signed by the party waiving such a right or requirement. Such a waiver shall not waive or affect any other portion of these Terms. This Section 24 will survive the termination of your relationship with Company and any termination of your access to and/or use of all or any part of any of the Sites.

(g) **Important: This Section 24 limits certain rights, including the right to maintain a court action, the right to a jury trial, the right to participate in any form of class or representative claim, the right to engage in discovery except as provided in the JAMS Rules, and the right to certain remedies and forms of relief. Other rights that you or Company would have in court also may not be available in arbitration.**

Table of Contents

## 25. You Consent to Receive Certain Electronic Communications from Us; Telephone and Text Messaging Opt-In.

When you visit the Sites or send an email to us, you are communicating with us electronically. You consent to receive communications from us electronically and agree that we may communicate with you by email or by posting notices on the Sites. If you contact us by email, telephone, facsimile, in-App customer service, online chat or similar electronic communication service, you consent to our use of the same communication method, and/or any email address or telephone number you provide in contacting us, to respond to your contact. In addition, if you register or create an Account on any of the Sites, you consent to our use of the contact information provided in that process to contact you regarding your Account. Company reserves the right to send you emails relating to your Company Account or use of its services, such as administrative and service announcements or if we suspect fraud, and these transactional or Account messages may be unaffected if you choose to opt out from receiving Company marketing emails. You further understand that the Company may send you sales and marketing communications, such as by email or push notification through any Company App you have downloaded. You can opt out of receiving Company sales and marketing emails at any time by following the unsubscribe instructions in those emails. This will not affect subsequent subscriptions and if your opt-in is limited to certain types of emails, the opt-out will also be so limited. Similarly, you can limit your receipt of push notifications by adjusting the settings of your mobile device. You may be given the opportunity to opt in to Company recurring message programs which provide updates regarding product and service information/availability, marketing messages and promotional offers. These marketing messages may be autodialed, prerecorded or promotional and may be delivered via voice or text. Company texting programs send five or fewer messages per month, unless otherwise noted at the time of opt-in. You may opt out of receiving text messages at any time by replying "STOP" to the message. You may receive one confirming text. Message and data rates may apply. Carriers and Albertsons Companies, Inc. are not liable for delayed or undelivered messages. You may opt out of any voice telephone message program by following the directions provided during the telephone call.

Table of Contents

## 26. Presumption that Communications to Us Through Your Account Are Authorized by You.

Company conclusively presumes that communications received from you through any Account you have created on a Company Site, as well as any orders submitted via the Online Grocery Ordering Service or the Catering Order Service in your name are accurate, complete, and authorized by you (or the person or the entity on whose behalf you place the order) as received by Company. You agree not to contest the validity and binding legal effect of those communications.

Table of Contents

## 27. Written Notice.

Any written notice, demand, consent or other similar communication related to these Terms, your Account, the Online Grocery Ordering Service or the Catering Order Service given by one party to the other shall be deemed to have been given when delivered, in each case, addressed as follows:

(a) **If from You to Company**:
Customer Support Center, Albertsons Companies, Inc., M/S 10501 P.O. Box 29093, Phoenix, AZ 85038-9093.

(b) **If from Company to You**:

At the email or mailing address specified in your Account or the address provided when placing an order through the Online Grocery Ordering Service or the Catering Order Service.

Table of Contents

## 28. We May Terminate Your Access.

Company may terminate your access to and/or use of all or any part of any of the Sites for any or no reason, at any time, in its sole discretion, with or without notice to you.

Table of Contents

## 29. No Waiver.

No waiver, express or implied, by you or Company of any breach or default under these Terms by the other party will constitute a continuing waiver of such breach or default or be deemed to be a waiver of any preceding or subsequent breach or default.

Table of Contents

## 30. Severability.

If any provision of these Terms shall be deemed unlawful, invalid or for any reason unenforceable, then that provision shall be deemed severable from these Terms but severing any such provision from these Terms shall not affect the validity and enforceability of any remaining provisions.

Table of Contents

## 31. Privacy Policy.

Please refer to our **Privacy Policy**, which is incorporated herein by reference, for information regarding how Company collects, uses and shares information about users of our Sites.

Table of Contents

## 32. Notice and Procedure for Making Claims of Copyright Infringement.

If you believe your work has been copied on the Site in a way that constitutes copyright infringement, please send our Copyright Agent a written notification ("Infringement Notification") containing all the following information:

(a) A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;

(b) Identification of the copyrighted work claimed to have been infringed or, if multiple copyrighted works at a single Site are covered by a single Infringement Notice, a representative list of such works at that Site;

(c) Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled, and information reasonably sufficient to permit us to locate the material;

(d) Information reasonably sufficient to permit us to contact you, such as an address, telephone number and, if available, an email address;

(e) A statement that you have a good faith belief that use of the allegedly infringing material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and

(f) A statement that the information in the Infringement Notification is accurate and, under penalty of perjury, that you are authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.

Company's Copyright Agent for notice of claims of copyright infringement on or relating to the Site can be reached as follows: Copyright Agent, Legal Department, Albertsons Companies, Inc., 11555 Dublin Canyon Road, Pleasanton, CA 94588, Phone: 925-226-5000

Table of Contents

## 33. Our Rights to Modify Sites and Correct Errors, Deficiencies, Inaccuracies and Omissions.

We reserve the right to modify or discontinue all or any part of the Sites—including any or all of the Content on the Sites (including without limitation, all descriptions, images, references, features, specifications, information, data, products, offers, and prices/availability of products described or depicted on the Sites, or any services offered through the Sites)—at any time without notice to you. In addition, the Sites (including the Content) may contain typographical, pictorial and/or other errors, deficiencies, or inaccuracies and may not be complete, correct, reliable, useful, suitable, accurate, timely, or current. We assume no responsibility for any such errors, deficiencies, inaccuracies, or omissions on any of the Sites and do not guarantee that they will be corrected. We reserve the right to (i) discontinue any stated offer, (ii) delete, change or update prices, promotions, offers, product and/or service descriptions or specifications, or other information, with no further obligation to you, even after your receipt of an order confirmation from us, and (iii) delete, change or update the Content at any time without prior notice. In the event of an error involving product pricing, availability, or the terms of an offer, changes will take effect upon posting of the updated information on the applicable Site, unless otherwise noted.

Table of Contents

## 34. Entire Agreement.

These Terms set forth in this Part One and any other terms and conditions incorporated by reference or to which a link is provided in these Terms, as well as any other terms and conditions posted to any specific component of the Sites with which you engage, shall be the sole terms of the agreement between you and Company regarding your access to and/or use of the Sites.

Table of Contents

## 35. Questions or Requests for Information.

If you have any questions about these Terms or requests for additional information, please call our Customer Support Center line toll-free at (877) 276-9637, or send us an email at **webcomments@albertsons.com** or a letter at the following mailing address:

Customer Support Center
Albertsons Companies, Inc.
M/S 10501 P.O. Box 29093
Phoenix, AZ 85038-9093

Table of Contents for Part Two

Part Two -- Additional Terms Applicable to Users Who Place Online Orders

1. Part Two Applies to Online Orders.

2. You Must Be 18 Years Old or Older to Order

3. You Must Create an Account for the Online Grocery Ordering Service

4. Additional Disclaimers

5. Placing an Order in the Online Grocery Ordering Service

6. Product Pricing, Fees and Other Charges

7. Availability of Promotional Offers and Coupons on the Online Grocery Ordering Service

8. Delivery/Pickup Options

9. Unfilled or Partially Filled Orders

10. Online Grocery Ordering Service Satisfaction Guarantee

11. Using the Catering Order Service

12. Notice to California Customers

13. Notice to North Carolina Customers

14. Entire Agreement

15. Questions or Concerns Regarding the Online Grocery Ordering Service, Catering Order Service or Your Account

Part Two -- Additional Terms Applicable to Users Who Place Online Orders

## 1. Part Two Applies to Online Orders.

The terms and conditions in this Part Two apply to users who order groceries or other items (each, a "**Product**") from Company through the Online Grocery Ordering Service for delivery or pickup, where we offer such services. The Online Grocery Ordering Service may be accessed online and/or through an applicable mobile App; please note, however, that certain features available on our website for the Online Grocery Ordering Service may not be accessible via mobile App and vice-versa. In addition, portions of this Part Two apply to users who order Special Order Items, such as deli platters, custom cakes and bakery items, or holiday meals, from certain stores that have implemented a separate Catering Order Service especially for Special Order items. The terms and conditions in this Part Two do not apply to purchases you make as a shopper at any of our physical facilities and our in-store promotions, programs, and offers (e.g., Monopoly Game) may not be available to our Online Grocery Ordering Service customers. In addition, you should know that from time to time, third parties may also offer order fulfillment services on your behalf or independently. If you use any services provided by a third party, you will be subject to the terms and policies posted by that third party service provider and we are not responsible for the terms, policies, actions or inactions of that third party service provider. For example, in some areas, Company may not fulfill certain types of orders (such as rush delivery) or may not maintain a fleet of delivery trucks. In those cases, you may be transferred to a third party's website to place your order and receive delivery from such third party, or your order may be transferred to a third party for delivery after it has been picked and packed by our personnel. In either case, once you access the third party's site to place your order or we transfer your order to a third party for delivery, your order will be subject to the terms, policies, actions or inactions of such third party.

[Table of Contents](#)

## 2. You Must Be 18 Years Old or Older to Order.

You must be age 18 or older and a resident of the United States in order to use either the Online Grocery Ordering Service or the Catering Order Service; provided, however, that you must be 21 or older to accept delivery/pickup of any alcoholic beverages, tobacco, and/or other age-restricted Products.

[Table of Contents](#)

## 3. You Must Create an Account for the Online Grocery Ordering Service.

To use the Online Grocery Ordering Service, you must set up an Account, as provided in Part One.

During the registration process, you may be asked to provide information (or confirm information that auto-fills) about your participation in Company Loyalty Programs, such as a whether you have a club card or telephone number you already use in-store to receive Product price discounts or accrue rewards program benefits. If this information is provided during the registration process, any loyalty benefits that you may earn on orders placed online, such as rewards points that can be redeemed for gas or groceries, or discount offers based on your shopping behavior, typically will be available when using that Company Loyalty Programs card or telephone number in-store and vice-versa. If you are participating in an existing Company Loyalty Programs at the time you register for an Account in the Online Grocery Ordering Service, but such information is not filled in, the Online Grocery Ordering Service will assign the Account a virtual Company Loyalty Programs number. This virtual Company Loyalty Programs number will enable you to receive Product price discounts available to participants in Company Loyalty Programs if and when those discounts are provided through the Online Grocery Ordering Service. However, other benefits that may be earned for orders placed online, such as rewards points ordinarily redeemable for grocery or gas rewards, will not be available when using your existing Company Loyalty Programs number in-store.

In addition, in some areas, different Company banners will partner to deliver online orders. In those cases, the pricing, rewards programs and discounts applicable to your order placed through the Online Grocery Ordering Service will be that of the Company banner fulfilling the order. You may apply for the partnering banner's Company Loyalty Programs for use with your Online Grocery

Ordering Service Account. For questions or assistance regarding Company Loyalty Programs when using the Online Grocery Ordering Service, contact Customer Service line toll-free at (877) 505-4040.

Table of Contents

## 4. Additional Disclaimers.

Important: In addition to the disclaimers set forth in Part One of these Terms and solely except as set forth in our Satisfaction Guarantee in Section 10 of this Part Two, the Online Grocery Ordering Service and Catering Order Service are provided on an "as is" and "as available" basis, without warranties of any kind, and to the fullest extent permitted under applicable law, Company disclaims any and all warranties, express or implied, including, but not limited to, implied warranties of merchantability, fitness for a particular purpose and non-infringement, with respect to the Online Grocery Ordering Service and Catering Order Service, any Products or Special Order Items purchased through the Online Grocery Ordering Service or Catering Order Service, and any delivery or pickup service. Company does not warrant that the Online Grocery Ordering Service or Catering Order Service will be uninterrupted or error-free, that defects will be corrected, or that the Online Grocery Ordering Service or the Catering Order Service will be free of viruses or other harmful components. Company does not make any representations or warranties regarding the access to or use of, or the results of the access to or use of, the Content on the Online Grocery Ordering Service or Catering Order Service in terms of their correctness, accuracy, validity, completeness, usefulness, timeliness, suitability, reliability, or otherwise. Applicable law may not allow the exclusion of implied warranties, so some or all of these disclaimers may not apply to you.

Table of Contents

## 5. Placing an Order in the Online Grocery Ordering Service.

(a) **You Must Make a Minimum Purchase.** The minimum purchase amount shown in the Online Grocery Ordering Service must be met to place an order. The minimum purchase amount is shown as the "Subtotal of All Items" (which we refer to as the "Subtotal" of the order in this Part Two), and is the sum total of the order calculated from the quantities and online prices for the Products selected, but excluding all other charges and discounts, such as any applicable taxes, service or delivery fees, bag fees, bottle deposits, promotional discounts not reflected in the online prices for the Products, and in certain jurisdictions alcoholic beverages, tobacco and fluid dairy Products. In addition, certain offers may specify a potentially different minimum purchase amount to receive a discount. In those cases, the Subtotal of All Items, minus certain Products such as alcoholic beverages, tobacco and fluid dairy must equal the stated minimum, in order for you to receive the discount.or all of these disclaimers may not apply to you.

(b) **We May Limit Quantities.** We reserve the right to limit the quantity of any particular Product ordered in our discretion, including without limitation, due to inventory control or other reasons. Product availability is subject to the inventory on hand and may vary geographically or change without notice. Please note that we reserve the right to source the Products from any of our facilities in any location (or the facilities of any of our affiliated companies in any location).

(c) **You Agree to Pay for Your Order.** . By submitting an order via the Online Grocery Ordering Service, you offer to purchase the Product(s) specified in your order. We will send you an electronic confirmation that your order has been received and the offer accepted, subject to our final confirmation of Product availability and price; however, we also reserve the right to cancel your order, in whole or in part, at any time in our sole discretion, and to refuse to provide delivery/pickup service for any order, in whole or in part. Subject to the foregoing, if your order is accepted by Company, and not cancelled prior to delivery, Company will provide the Product(s) ordered in return for your payment and deliver the ordered Product(s) to the delivery address or pickup location you designate in your order, subject to the provisions of these Terms.

(d) **We Accept Major Credit and Debit Cards and Certain Other Payment Methods.** You must select one of the payment methods identified in the Online Grocery Ordering Service and provide accurate and complete information for us to charge your payment method for orders you place. By providing payment card information, you consent to and authorize storage of your card data (name, credit/debit card number, expiration date) for purposes of future online transactions, all transactions made via the Sites and the Company charging your selected payment method in the amount of each such transaction. Order

processing will not occur until authorized. When processing credit or debit card payments, we will run a temporary pre-authorization hold; this hold will be removed by your issuing bank when the final charge is run.

In addition to major credit and debit cards, we accept Electronic Benefit Transfer ("EBT") as a method of payment, which is a PIN-based transaction. Upon entry of the correct PIN, we assume the person entering the PIN is authorized to make SNAP and/or EBT Cash purchases with the card used for SNAP or EBT Cash payment at our Sites. When you enter EBT card details, we will store a tokenized version of your card number for future transactions. You may choose to not have your EBT card number stored by unchecking the box.

Only one EBT card may be associated with your account number pursuant to United States Department of Agriculture ("USDA"), Food and Nutrition Service ("FNS"), Supplemental Nutrition Assistance Program ("SNAP") regulations.

SNAP benefits may not be used to pay for any items or charges that are non-SNAP eligible. Non-SNAP eligible charges include, but are not limited to, tips, delivery fees, service fees, ordering fees or convenience fees that may apply to online orders while using the Site. For complete details on what are eligible items using SNAP funds, go to **https://www.fns.usda.gov/snap/eligible-food-items**.

EBT Cash may be used the same as cash to pay for SNAP eligible items, non-SNAP eligible items, fees, other charges, and taxes, as permitted by the laws of your state. Several states have laws placing restrictions or prohibitions on the use of EBT Cash. Please consult your state's EBT guidelines on what may be purchased using EBT Cash.

Customers who use EBT as a form of payment may choose to allocate how much in funds to apply across SNAP, EBT Cash and other payment types. Customers who have a valid EBT card number saved as a payment type with us are not subject to meet minimum dollar amounts in order to checkout. The maximum amount applied to SNAP is limited to the SNAP-eligible total amount of the order, or the account holder's balance, whichever is the lower. If your order is canceled after your EBT card has been debited, we will promptly issue a refund back to the EBT account type you used, and you will receive an email notification within twenty-four (24) hours of the cancellation event.

Because random weight items (such as meat and produce) may vary in weight and price, in accordance with the Online Purchasing Pilot guidelines, we apply a 10% surcharge at checkout on such items. At the day and time your order is fulfilled and processed, if the actual price of the random weight item is less than what you paid at checkout when you placed the order with the surcharge, we will refund the difference to you.

You represent and warrant to Company that your use of your selected payment method(s) for Online Grocery Ordering Service transactions is authorized and legal. It is your responsibility to promptly notify your bank, financial institution, or other responsible party of any changes to your billing information, or the loss, theft, or unauthorized use of your payment method. You are responsible for updating your payment information with Company whenever it is no longer current/accurate. Residents of Arizona with disabilities who use Electronic Benefit Transfer and need to use the Online Grocery Ordering Service because of their disability, may call our Customer Service Center line toll-free at (877) 505-4040 for assistance.

(e) **Your Total at Checkout Is an Estimate.** The dollar amount displayed prior to order completion is only an estimate, based on Products selected and prices at the time of ordering, and estimated Product weights for certain Products in your order, as adjusted by some (but not all) potentially applicable additional charges and fees and potentially applicable discounts and other deductions (collectively, the "Estimated Total"). **The actual amount that you will be charged for the order will be based on the prices, charges, fees, offers, promotions, programs, coupons, discounts, and deductions applicable to the order on the day and time that the order is sourced and processed, except for service and delivery fees, which will be set and included when the order is placed or modified** (collectively, the "Final Total"). The Final Total cannot be determined until the day and time the order is sourced and processed for multiple reasons, including without limitation: (i) the availability of the Products selected and the need to substitute different priced Products cannot be confirmed until the day and time that they are prepared for delivery/pickup, (ii) Product weights and prices, as well as available promotions, may vary between the date you submit the order and the date and time that the order is prepared for delivery/pickup, and (iii) certain charges, such as any

applicable taxes, bottle deposits, and bag charges, cannot be determined until the order is prepared for delivery/pickup. In addition, even though we make an effort to describe and display our products and services accurately on the Sites, Products on the Site may be mispriced, described inaccurately, or unavailable and we may experience delay in updating information on the Sites and in our advertising on the Sites. **The Final Total that you will be charged for your order upon sourcing and processing likely will not equal exactly the Estimated Total.**

(f) **When the Final Total Is Due.** Your payment of the Final Total amount for each order, including all applicable fees, taxes, and charges, will be charged as part of the order sourcing and processing procedure, but in any event is due no later than when the order is delivered or picked up. Company will charge the Final Total amount for the order to the payment method you selected during the order submission process. You authorize Company to make and collect such payment and charge. You acknowledge that if we cannot collect the charge for any reason, we may elect to turn the matter over to a collection agency.

(g) **Changing or Canceling Your Order.** Typically, you may cancel or change your order made on the Online Grocery Ordering Service up until the date and time noted in the Online Grocery Ordering Service. This ability may be suspended during times of high volume or for other reasons to facilitate the proper functioning of the Online Grocery Ordering Service and our business operations. All times listed are in the local time zone for your specified delivery/pickup location, regardless of the time zone you might be in when placing the order. Note that any changes you may make to orders may affect whether your order continues to qualify for the same prices, discounts, promotions, or Promo Code Deals as your original order. If your changed order will qualify for a Promo Code Deal that your original order did not and you are unable to enter the Promo Code during the Order Edit process, make a note of the Promo Code Deal(s) and call our Customer Service line toll-free at (877) 505-4040 after your order is delivered/picked up, if the discount has not been applied. You may also change the delivery/pickup day and time after submitting your order, subject to order cut off times and the availability of your desired delivery/pickup time at the time you request a change. This ability may be suspended during times of high volume or for other reasons to facilitate the proper functioning of the Online Grocery Ordering Service and our business operations. Please note that changing your delivery/pickup date, if allowed, may affect Product prices and availability, as well as the availability of certain offers, discounts, and promotions.

[Table of Contents](#)

## 6. Product Pricing, Fees and Other Charges.

(a) **Prices, Fees and Other Charges**.

(1) **Online Prices. Prices for Products you order for delivery or pickup through the Online Grocery Ordering Service generally are higher than the prices for such Products in our physical stores.** Pricing may differ depending on the fulfillment method you select, e.g., delivery, pickup, rush delivery. In addition, in some locations, order fulfillment and delivery may be provided by another of the Company's banners or an independent third party service provider that provides selection and/or delivery services to consumers. In those cases, the availability, fees, and pricing of the partnering banner or of the independent third party service provider will apply to your order. For Products sold by weight, a representative cost per unit may be used to calculate the Estimated Total. The actual cost will be determined when the order is prepared for pickup or delivery and that cost will be reflected in the Final Total, which may be higher or lower than the estimate. Products offered with a price discount for participants in Company Loyalty Programs online may differ from Products offered with such a price discount in our physical stores.

(2) **Delivery Fees.** We charge a non-refundable delivery fee on all delivery orders through the Online Grocery Ordering Service, unless expressly stated with a particular order, which will be included in both the Estimated Total for your order and the Final Total charged for that order. A delivery fee helps operate our fleet of trucks that transports your order from our facility to your delivery address. From time to time we waive or provide discounts off our regular delivery fees for certain delivery times, which you may obtain by selecting such a delivery time. We may also make other discounts available in certain locations via a Promo Code, in which case, you must enter the required Promo Code when you place your order and your order must meet any conditions of the offer, such as a minimum purchase amount. Service fees still apply. Promo Code offers for discounted or free delivery/pickup orders are not valid in Lake Powell. In some locations, we may also

offer a subscription to delivery services on a recurring monthly or annual fee-paid basis, which may reduce or eliminate delivery or delivery and service fees on individual orders. The delivery fee does not constitute a tip to the delivery person.

(3) **Service Fees.** We charge a non-refundable service fee on all delivery/pickup orders through the Online Grocery Ordering Service, which will be included in both the Estimated Total and the Final Total for the order. A service fee helps operate our in-store processes for picking and preparing online orders, as well as operate our online processes and platforms. The service fee does not constitute a tip to the delivery person.

(4) **Governmental Fees and Taxes.** In addition to the fees and charges stated above, all governmental fees and taxes, including without limitation, sales tax, sweetened beverage taxes, bottle and container deposits, bottled water charges, and bag fees, that apply to your order will be included in the Final Total amount.

(5) **Tax Exempt Orders.** The Online Grocery Ordering Service cannot verify documentation that certain organizations may normally present during in-store transactions to avoid the collection of sales tax due to their nonprofit nature.

(6) **Fee Changes.** Company reserves the right to add, delete or change any fees or other charges applicable to the Online Grocery Ordering Service at any time.

(b) **Price Changes.** Please note that Product prices are subject to change without notice and may vary geographically.

[Table of Contents](#)

## 7. Availability of Promotional Offers and Coupons on the Online Grocery Ordering Service.

(a) **Promotional Offers.** Discounts available through some, but not all, promotional offers will appear in your Estimated Total at checkout. However, all discounts for which your order is eligible will be reflected in the Final Total for such order. Note that to be eligible for for U™ Program promotions, you must have provided/confirmed information about your participation in the for U™ Program at the time you registered for your Account or through Customer Service. In addition, some for U™ Program promotions are valid in a limited geographic area and the facility fulfilling your order may not fall within the applicable zone, in which case, you will not receive affected for U™ Program offers. To be eligible for promotions that require entry of a Promo Code, you must have entered the applicable Promo Code. To be eligible for promotions that require a minimum purchase amount, you must have met the minimum purchase amount. Note that some items are excluded from the calculation of the minimum purchase, such as alcoholic beverages, tobacco, and fluid dairy. All promotional offers are valid through their stated expiration dates, may be limited to specific quantities, are valid while supplies last and are limited to quantities on hand. You agree to abide by the terms and conditions of any promotional offer and acknowledge that circumvention of the terms and conditions of any such offer (including without limitation, opening multiple Accounts) constitutes an unauthorized or fraudulent act. You will be liable for damages caused by any such unauthorized or fraudulent act, and Company reserves the right to charge the payment method in your Account an amount equal to such damages.

(b) **Coupons.** We do not accept printed coupons for orders through our Online Grocery Ordering Service. Where our for U™ Program is offered, we do accept for U™ Program digital offers that you have uploaded to your Account, within the geographic zone to which the offer is applicable. Digital coupons other than ones obtained through the ] for U™ Program may not be used in the Online Grocery Ordering Service. Applicable for U™ Program digital coupons will be applied to your order on the day of delivery/pickup, provided you provided or confirmed information about your participation in for U™ Program when you registered for your Account or through Customer Service. For questions or assistance regarding Company Loyalty Programs when using the Online Grocery Ordering Service, contact Customer Service line toll-free at (877) 505-4040.

(c) **Variations in Availability of Promotional Offers, Coupons, Etc.** Offers, promotions, programs, coupons, discounts, and deductions applicable to Product purchases at our physical stores in some cases **may not** apply to orders through the Online Grocery Ordering Service, **and vice versa**. Similarly, some promotions, discounts, and offers are valid in a limited geographic area and the facility fulfilling your order may not fall within the applicable zone, in which case, you will not receive affected promotions, discounts, or offers.

Table of Contents

## 8. Delivery/Pickup Options.

In locations where delivery or pickup service is offered, one or more fulfillment options may be available. The fulfillment options that are available to you will be displayed in the Online Grocery Ordering Service. We may add or discontinue delivery and/or pickup services at any time, with or without notice. In addition, in some cases, a third party may provide a service on your behalf or independently, in which case, your order will be subject to the terms, policies, actions or inactions of that third party. For example, in some areas, Company may not fulfill certain types of orders (such as rush delivery) or may not maintain a fleet of delivery trucks. In those cases, you may be transferred to a third party's website to place your order and take delivery from such third party, or your order may be transferred to a third party for delivery after it has been picked and packed by our personnel. In either case, once you place your order with a third party or we transfer your order to a third party for delivery, your order will be subject to the terms, policies, actions or inactions of such third party.

(a) **Delivery/Pickup Service Times.** Available delivery or pickup dates and times, and associated fees, delivery/pickup offers and promotions, will be shown during the ordering and checkout process. Times are available on a first-come, first-served basis.

(b) **Ordering Deadlines.** The date and time by which you must place your order for the type of service and delivery/pickup time you have selected will be shown in the Online Ordering Grocery Service. Note that cut-off times for different fulfillment methods, for example delivery, pick up, rush delivery, may differ. All times are listed in the local time zone for your specified delivery or pickup location, regardless of the time zone you might be in when placing the order. Special Order Items, such as a deli platter or custom cake, that are ordered less than 24 hours prior to planned pick up or delivery are not guaranteed. You may contact our Customer Service line toll-free at (877) 505-4040 to learn if your request can be accommodated.

(c) **Responsibility for Delivery Address.** We will deliver your order to a single delivery location you designate that is within the applicable delivery zone serviced by Company. You are responsible for verifying that the delivery address is correct, current, and accessible to our delivery drivers. We have no liability for orders that cannot be delivered due to address error or inaccessibility.

(d) **Picking Up a Pickup Order.** Your order confirmation will include instructions about where to go to pick up your order. Plan to pick your order up at your selected time on the day it is ready for pickup. Any pickup orders not claimed by 8 PM local time on the day they are ready for pickup will be canceled and the Products restocked. We reserve the right to charge a restocking fee for orders that are restocked. We reserve the right to request that valid (non-expired, government issued) photo identification and/or the credit card used to place the applicable order be presented to the store attendant upon arrival to the designated pickup location for verification purposes.

(e) **Receiving a Delivery or Pickup Order.** Someone over the age of 18 must be present to accept delivery or pickup orders. If your order contains alcoholic beverages, tobacco, and/or other age-restricted Products, someone over the age of 21 must be present to accept and/or sign for delivery or pickup. Valid (non-expired, government issued) identification confirming the identity and age of the person accepting and signing for the delivery or pickup order will be required, regardless of age, where age-restricted Products are in the order. The Products will be retained by the delivery driver or by the store attendant for pickup orders, unless someone over the required minimum age is at the delivery address when the delivery or pickup is attempted. You may contact our Customer Service line toll-free at (877) 505-4040 to arrange for re-delivery or to reschedule pickup of any Products retained in accordance with the foregoing. Please note that we may charge you an additional fee, or we may elect not to fulfill your request and cancel the order for the Products retained. We reserve the right to charge a restocking fee for orders that are restocked.

(f) **Unattended Delivery.** Where available, this option may not be used for any orders containing alcoholic beverages, tobacco, and/or other age-restricted Products. If you select this option, the delivery driver will leave the Products in your order at your doorstep, in which case unrestricted access to your doorstep is required.

(g) **Responsibility for Items After Delivery/Pickup.** Company is not responsible for the Products in your order once they are picked up or delivered, including without limitation, for any theft, spoilage or damage. To maintain the integrity of Products after pickup or delivery, we recommend that you refrigerate or freeze perishable Products within one hour of pickup/delivery.

(h) **Inclement Weather or Unforeseen Complications.** In the case of inclement weather or unforeseen delivery or pickup complications, it may be necessary to make adjustments to our delivery or pickup schedule which cause us to suspend chosen delivery or pickup dates and times. If there will be a significant delay in delivering or preparing your order for pickup, we may (but are not obligated to) call, email or text you to let you know the status of your order. If your designated delivery location is inaccessible on the date and time specified for delivery (such as due to a street closure or other complications), we will provide you with a full refund of your order.

(i) **No Other Products.** Neither our delivery driver nor the store attendant assisting you with your pickup order are able to supply, retrieve or purchase on your behalf any Products that you did not order when placing your order.

[Table of Contents](#)

## 9. Unfilled or Partially Filled Orders.

(a) **No Liability.** Please note that Company is not liable to you or to any other person or entity on whose behalf you place an order if we are unable or unwilling to supply a particular Product or quantity, in whole or in part, in your order.

(b) **Product Availability; Substitutions.** Availability of any Product is subject to change at any time without notice and we cannot confirm the availability of a Product until after your order is placed. In the event any Product you have ordered is unavailable, we may elect to complete and fill the remainder of your order in accordance with your substitution preference selected at the time you placed (or modified) your order. Your receipt will indicate if substitutions are made. You will not be charged for Products unavailable at the time of delivery or pickup. If Products you paid for are missing from your order, you will be refunded according to the terms of subsection (c) below. For any substitutions that you do receive, if you are not satisfied with the substituted Product, you can return it for a full refund with the driver or by contacting our Customer Service line toll-free at (877) 505-4040 within seven days after the date of your order delivery or pickup of the substituted Product. Company is not obligated to deliver Products that are unavailable at the time of delivery or pickup or return to deliver Products or make Products available for pickup that were missing from an order.

(c) **Missing Products.** If any Product in your order you have paid for is missing from the Products received, you have 48 hours from the time of delivery or pickup to contact our Customer Service line toll-free at (877) 505-4040 for a full refund of the amount charged for such Product, which will be issued to the payment method used to place the order or at your option, as a credit on account that will be applied to your next order. Refunds may not be given for any Products missing from your order after the expiration of the 48-hour window.

(d) **No Returns of Certain Products.** Certain Products, such as alcoholic beverages, tobacco, and/or other age-restricted Products, as well as baby formula, cannot be returned or refunded once you have accepted them.

(e) **No Rain Checks.** All Products available through our Online Grocery Ordering Service are limited to quantities on hand. We do not issue rain checks through the Online Grocery Ordering Service or accept rain checks issued by any of our physical stores (or the physical stores of any of our affiliated companies) for any Products ordered through the Online Grocery Ordering Service.

[Table of Contents](#)

## 10. Online Grocery Ordering Service Satisfaction Guarantee.

(a) **Satisfaction Guarantee – Products.** If you are not satisfied, for any reason, with any Product that you purchase through the Online Grocery Ordering Service, you can return it for a full refund or credit on account so long as you notify the driver upon delivery of your order (or the store attendant upon pickup of your order) or you contact our Customer Service line toll-free at (877) 505-4040 within seven days after the date of your order delivery or pickup of the Product (through delivery or pickup). For any such qualifying refund, we will issue a credit to the payment method used to purchase the Product or, at your option, you may receive a credit on account that will be applied to your next order. Please note that this

satisfaction guarantee does not cover damage caused by improper use, or storage, or accidents after delivery or pickup, or any ordinary wear and tear on durable goods. You may have certain rights under applicable manufacturers' warranties (if any).

(b) **Satisfaction Guarantee – Delivery/Pickup Service.** If you are not satisfied, for any reason, with our delivery or pickup service for a particular order, contact our Customer Service line toll-free at (877) 505-4040 within seven days after the date of the delivery or pickup. At our discretion, we may issue a credit to the payment method used to pay for the order or, at your option, issue a credit on account that will be applied to your next order.

Table of Contents

## 11. Using the Catering Order Service.

To use the Catering Order Service, you may be required to set up an Account, as provided in Part One.

(a) **Offer and Acceptance.** By submitting an order through the Catering Order Service (i.e., by clicking "Complete Order"), you offer to purchase the Special Order Item(s) specified in your order. Company may accept or reject your offer, at its sole discretion. If accepted, we will send you an electronic confirmation that your order has been received and the offer accepted, subject to our final confirmation of Special Order Item availability and price; however, we also reserve the right to cancel your order, in whole or in part, at any time in our sole discretion. Subject to the foregoing, if your order is accepted by Company, and not thereafter cancelled, Company will provide the Special Order Item(s) ordered in return for your payment, subject to the provisions of these Terms.

(b) **Special Order Item Quantity Limits.** We reserve the right to limit the quantity of any particular Special Order Item ordered at our discretion, including without limitation due to inventory control, time or labor needed to prepare Special Order Items, or other reasons. We will endeavor to contact you via the contact information provided during the checkout process prior to canceling the order or preparing a reduced number of Products.

(c) **Order Deadlines and Pickup Times.** Special Order Items generally require 24 hours to prepare. The ordering page will display the next available pickup time for the Special Order Item(s) you wish to order. If you require a Special Order Item prior to the time shown, you may contact the store directly to learn if your request can be accommodated. Otherwise, you will be prompted to select a pickup time at checkout.

(d) **Order Cancellations or Changes Initiated by You.** You may only cancel or change your order made on the Catering Order Service by contacting the store with which you placed the order by telephone before the store has acted on your order. If the store has commenced preparation of your order, it cannot be cancelled or changed.

(e) **Payment.** Payment is due for Special Order Items at the time of pickup and is paid for in-person in the store at the time of pickup, unless otherwise provided in the Catering Order Service.

(f) **Allergy Disclaimer.** Our Special Order Items may contain wheat, egg, dairy, soy or fish allergens or may have been prepared in a facility that uses wheat, nuts, soy and milk.

Table of Contents

## 12. Notice to California Customers.

Our Customer Service line can be reached toll-free at (877) 505-4040, between 8:00 am and 9:00 pm Pacific Time, seven days a week (except for major holidays and/or other days specified each year). For a description of the fees and charges to use the Online Grocery Ordering Service, please refer to Section 6 of this Part Two. If you have a complaint regarding the Online Grocery Ordering Service or the Catering Order Service, please contact us on our Customer Service line toll-free at (877) 505-4040. For your reference, the Complaint Assistance Unit of the Division of the Consumer Services of The Department of Consumer Affairs may be contacted in writing at 400 R Street, Sacramento, CA 95814, or by telephone at (916) 445-1254 or (800) 952-5210.

Terms of Use

You may have elected to receive substitute Product(s) if your selected Product(s) is/are unavailable at the time your order is filled. As a California resident, you are entitled to notice when a Product contains a chemical, listed by and known to the State of California, to which exposure at a significant risk level can increase the risk of cancer and/or to be a reproductive toxicant. In instances where your selected Product did not require said notice, but you receive a substituted Product that includes a Proposition 65 warning, we are not able to pass that notice to you prior to your purchase of the Product. If you receive a substituted Product requiring a warning but the originally purchased a Product did not require us to provide you with a warning, and you do not wish to keep such substituted Product(s), you may decline to accept the Product(s) or you may return it to our store for a full refund. If you do not agree to the above conditions, you may also change your election and decline to receive Product substitutions. For information about Proposition 65, go to **www.P65Warnings.ca.gov** .

**Table of Contents**

## 13. Notice to North Carolina Customers.

By using the Online Grocery Ordering Service, you are affirmatively consenting and have not withdrawn your consent to completing your grocery transaction by electronic means. You may withdraw this consent by not completing the grocery order online, however, we cannot deliver groceries (or prepare an order for pickup, where that service is offered) unless the order is completed online. You have the right to receive a paper record of your transaction. The paper copy will be delivered with your order, or you may request a replacement copy within 30 days by contacting our Customer Service line toll-free at (877) 505-4040, between 8:00 am and 9:00 pm local time, seven days a week (except for major holidays and/or other days specified each year). You can update your contact information at any time by accessing your Online Grocery Ordering Service Account profile.

**Table of Contents**

## 14. Entire Agreement.

The terms set forth in this Part Two, along with the terms set forth in Part One above, the terms of any order you may submit through the Online Grocery Ordering Service, the Catering Order Service, and any other Company terms to which a link is provided in these Terms, shall be the sole terms of the agreement between you and Company regarding your use of the Online Grocery Ordering Service or Catering Order Service.

**Table of Contents**

## 15. Questions or Concerns Regarding the Online Grocery Ordering Service, Catering Order Service or Your Account.

If you have questions or concerns regarding any of your Online Grocery Ordering Service orders or your Account, you can contact our Customer Service line toll free at (877) 505-4040, between 8:00 am and 9:00 pm in your local time zone, seven days a week (except for major holidays and/or other days specified each year), or send us an email at the relevant email address listed below:

**www.albertsons.com/contact-us**

**www.safeway.com/contact-us**

**www.vons.com/contact-us**

**www.pavilions.com/contact-us**

**www.randalls.com/contact-us**

**www.tomthumb.com/contact-us**

**www.jewelosco.com/contact-us**

For Catering Order Service orders, please contact the store from which you receive Catering Order Service.

Copyright © 2019 - 2021 Albertsons Companies, Inc. All rights reserved.

Albertsons Companies

      

      

     

Contact Us

About Albertsons Companies

U.S. Products

Governance

Diversity & Inclusion

Sustainability

Privacy Policy

California Consumer Privacy Statement

Do Not Sell My Personal Information

Social Media Standards & Guidelines

© 2022 Albertsons Companies. All rights reserved