Exhibit B

Exhibit B

