Exhibit C

# Exhibit C

**Please Note**

**Online Pricing Policies: You will pay the prices, fees, and other charges, and receive the promotions, offers, discounts, and savings applicable to your order at the time of online checkout, regardless of the date of scheduled delivery/pickup.** The Estimated Total shown at checkout (i) includes coupons you clipped, Buy One, Get One or similar deals, Safeway for U™ Program Member price (where applicable), sale price, and Promo Code discounts; delivery fees, if applicable; and the estimated cost of items sold by weight, but (ii) does not include certain applicable taxes, bottle/can deposits, and bag/other fees (unless noted); the final cost of items sold by weight; the cost of substituted items; or reductions for out of stock items removed from your order. Any negative balance/credit amount shown resulting from Promo Codes, coupons, or other promotions, offers, and discounts will be adjusted to $0. The final amount shown on your receipt at the time of delivery or pick up will reflect these adjustments.

A hold will be placed on your debit/credit card for the estimated total and will reduce the amount available to spend from your account. Your bank may take up to 5 business days after delivery/pickup to release the hold and display your final charge.

**Safeway for U™ account:** Safeway for U™ account offers are personalized to the loyalty account holder and the store the account holder has selected as their location for in-store purchases. Prices, promotions, offers, discounts, and savings applicable to the store associated with your account may not apply to online delivery orders or to pickup orders from a different store.

A $30 minimum purchase amount (excluding applicable taxes, delivery, and service fees, and bottle/can deposits) is required to process your order, unless otherwise noted. In certain jurisdictions, this minimum purchase amount calculation excludes fluid dairy, alcoholic beverages, and tobacco products.

Products subject to availability. In the event a product is unavailable, we reserve the right to complete and fill the remainder of your order in accordance with your selected substitution preferences or to cancel your order. Your receipt will indicate if substitutions are made. You will not be charged for Products unavailable at the time of delivery or pick up. We reserve the right to impose quantity limits on products ordered.

We also reserve the right to (i) modify or cancel any offer/order, promotion, discount, or savings and/or to correct typographical, pictorial, and other ad or pricing errors and (ii) limit the quantities of items in each offer. Additional quantities will be charged at regular price when transactional limits apply. No rainchecks.

If your order contains alcoholic beverages, tobacco, and/or other age-restricted items, someone over the age of 21 must be present to accept and/or sign for delivery (or pickup). We reserve the right to request that valid (non-expired, government issued) photo identification and/or the payment method used to place the order be presented to the delivery driver or the Store Associate upon arrival for verification purposes. We are now practicing contract-free social distancing for delivery and pickup. If there are no age-restricted items in your, the delivery driver will leave them at your doorstep. Albertsons Companies is not responsible for the times in your order once bags are left on your doorstep, including without limitation, any theft, spoilage, or damage. To maintain the integrity of your items, we recommend that you refrigerate or freeze perishable items upon receipt.

For the safety of your account, we use certain industry standard security protocols, which may include forwarding certain transaction information to third-party fraud detection services. Those services are prohibited from using your information for any other purpose. If we suspect any fraudulent activity on your account, we will promptly notify you that the processing of your order may be delayed and/or cancelled if necessary. We reserve the right to decline orders, refuse partial or full delivery, terminate accounts, and/or cancel orders at our sole discretion.

1