UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH REYNOLDS,<br><br>            Plaintiff,<br><br>   v.<br><br>SAFEWAY INC; and ALBERTSON'S LLC,<br><br>            Defendants. | CASE NO. 2:22-cv-00197-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

Having received the parties' respective status reports about the outcome of the arbitration proceeding (Dkt. Nos. 36 and 37), the Court requests the parties to submit a joint filing stating their respective positions on whether the matter can be closed and reasoning in support of those positions. The statement must be filed **by October 20, 2023**.

Dated this 13th day of October 2023.

                                                     Ravi Subramanian
                                                     Clerk of the Court

                                                     s/ Kadya Peter
                                                     Deputy Clerk

MINUTE ORDER - 1