# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SETH REYNOLDS,<br><br>    Plaintiff,<br><br>v.<br><br>SAFEWAY INC; and ALBERTSON'S LLC,<br><br>    Defendants. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER. 2:22-cv-00197-TL |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

 Pursuant to the Court's Order Denying Plaintiff's Motion to Modify or Vacate Arbitration Award dated April 10, 2024, this case is dismissed with prejudice.

 Dated April 12, 2024.

                Ravi Subramanian
                Clerk of Court

                s/Kadya Peter
                Deputy Clerk